[No. 15309-6-III.     Division Three.   November 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ROBERT ANDERLIK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-8-00890-0, Commissioner Mike R. Johnston, entered November 6, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 18631-4-II.     Division Two.   November 15, 1996.]

ALBERT WOLDRICH, *Appellant*, v. VANCOUVER POLICE
PENSION BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-2-00934-1, James D. Ladley, J., entered August 30, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Houghton, J. Now published at 84 Wn. App. 387.

[Nos. 18664-1-II; 18874-1-II;   Division Two.   November 15, 1996.]
       18875-9-II; 18876-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
GITCHEL, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 93-1-00140-1, Toni A. Sheldon, J., entered September 2, 1994. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.